UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YE NI, *et al.*,

                    Plaintiffs,

          v.

PAMELA BONDI, *et al.*,

                    Defendants.

No. 2:25-cv-02707-JHC

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for Consideration:
February 24, 2026

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate their Forms I-485, Applications to Register Permanent Residence or Adjust Status. Defendants' response to the Complaint is currently due on March 2, 2026. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until April 16, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION & ORDER FOR ABEYANCE          - 1
No. 2:25-cv-02707-JHC

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention.  This case involves applications for the three Plaintiffs. USCIS has scheduled Plaintiffs' initial interviews for February 24, 2026.  USCIS agrees to diligently work towards completing the adjudication following the interviews, absent unforeseen or exceptional circumstances that would require additional time for adjudication. In addition, Plaintiffs must renew their I-693, Report of Immigration Medical Examination and Vaccination Record. Once Plaintiffs' applications have been adjudicated, this case will be moot and may be dismissed. If the adjudication is not completed and the case is not dismissed by April 16, 2026, USCIS will provide a status report to the Court.

Accordingly, the parties request that the Court hold the case in abeyance until April 16, 2026.  The parties will submit a joint status report on or before April 16, 2026.

Dated: February 24, 2026                              Respectfully submitted,

                                                      *s/Susan Kas*
                                                       SUSAN KAS, WSBA #36592
                                                       Assistant United States Attorney
                                                       United States Attorney's Office
                                                       700 Stewart Street, Suite 5220
                                                       Seattle, Washington 98101
                                                       Phone:  206-553-4063
                                                       Email:  Susan.Kas@usdoj.gov

                                                      *Attorneys for Defendants*

                                                      ***I certify that this memorandum contains 289 words, in compliance with the Local Civil Rules.***

_s/Ye Ni_
Ye Ni
12111 SE 47th PL
Bellevue, WA 98006

_s/Xinxing Chen_
Xinxing Chen
12111 SE 47th PL
Bellevue, WA 98006

_Plaintiffs_

STIPULATED MOTION & ORDER FOR ABEYANCE           - 3
No. 2:25-cv-02707-JHC

## ORDER

The case is held in abeyance until April 16, 2026.  The parties shall submit a joint status report on or before April 16, 2026.  It is so **ORDERED**.

DATED this 27th day of February, 2026.

_____
John H. Chun
United States District Judge

STIPULATED MOTION & ORDER FOR ABEYANCE          - 4
No. 2:25-cv-02707-JHC