UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YE NI, *et al.*,

                    Plaintiffs,

        v.

PAMELA BONDI, *et al.*,

                    Defendants.

No. 2:25-cv-02707-JHC

STIPULATED MOTION TO DISMISS
AND ORDER

Noted for Consideration:
March 11, 2026

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation seeking to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate their Forms I-485, Applications to Register Permanent Residence or Adjust Status. On March 5, 2026, USCIS sent Plaintiffs notice that their applications had been approved. This case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS & ORDER          - 1
No. 2:25-cv-02707-JHC

Dated: March 11, 2026

Respectfully submitted,

*s/Susan Kas*
 SUSAN KAS, WSBA #36592
 Assistant United States Attorney
 United States Attorney's Office
 700 Stewart Street, Suite 5220
 Seattle, Washington 98101
 Phone:  206-553-4063
 Email:  Susan.Kas@usdoj.gov

*Attorneys for Defendants*

**I certify that this memorandum contains 71 words, in compliance with the Local Civil Rules.**

*s/Ye Ni*
Ye Ni
12111 SE 47th PL
Bellevue, WA 98006

*s/Xinxing Chen*
Xinxing Chen
12111 SE 47th PL
Bellevue, WA 98006

*Plaintiffs*

## ORDER

It is so **ORDERED**.  The case is dismissed without prejudice.

DATED this 11th day of March, 2026.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO DISMISS & ORDER          - 3
No. 2:25-cv-02707-JHC